UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------x
UNITED STATES OF AMERICA
　　　　-v-

GREGORY HALL
-----------------------------------x

JUDGMENT INCLUDING SENTENCE
UNDER THE SENTENCING REFORM ACT

CASE NUMBER: CR-98-279 (ARR)
AVRAHAM C. MOSKOWITZ, ESQ
1372 BROADWAY, 14th FL.
NEW YORK, NEW YORK 10018
Defendant's Attorney & Address

THE DEFENDANT:
**XXX** pleaded guilty to count one & two of the information.
___ was found guilty on counts _____ after a plea of not guilty.
Accordingly, the defendant is ADJUDGED guilty of such count(s), which involve the following offenses:

| TITLE & SECTION | NATURE & OFFENSE | COUNT NUMBER(S) |
|---|---|---|
| 18 USC 371 | CONSPIRACY TO COMMIT SECURITIES FRAUD. | ONE (1) |
| 18 USC 371 | CONSPIRACY TO COMMIT SECURITIES FRAUD. | TWO (2) |

The defendant is sentenced as provided in pages 2 through ___ of this Judgment.
The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

___ The defendant has been found not guilty on count(s) _____ and is discharged as to such count(s).
___ Remaining counts are dismissed on the motion of the United States.
**XXX** It is ordered that the defendant shall pay to the United States a special assessment of $150.00 which shall be due **XXX** immediately ___ as follows:

It is further ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of residence or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Defendant's Soc. Sec # (_____ ___

Defendant's Date of Birth 4/20/69

Defendant's Mailing Address:

42 WOODEDGE AVENUE, APT 6

EDISON, NEW JERSEY 08817

Defendant's Residence Address:

( SAME AS ABOVE )

JANUARY 18 2006
Date of Imposition of Sentence

ALLYNE R. ROSS, U.S.D.J.

JANUARY 18 2006
Date

A TRUE COPY ATTEST
Date:_____
ROBERT C. HEINEMANN
CLERK OF COURT

By:_____

DEPUTY CLERK

Defendant: GREGORY HALL
Case Number: CR-98-279 (ARR)

Judgment - Page    of

## PROBATION

The defendant is hereby placed on probation for a term of _one year_.

While on probation, the defendant shall not commit another Federal, state, or local crime and shall comply with the standard conditions that have been adopted by this court (set forth on the following page). If this Judgment imposes a fine or a restitution obligation, it shall be a condition of probation that the defendant pay any such fine or restitution. The defendant shall comply with the following additional conditions:

1) DEFT SHALL COMPLY WITH THE ORDER OF RESTITUTION.
2) DEFT SHALL NOT POSSESS ANY FIREARMS.

Defendant: GREGORY HALL
Case Number: CR-98-279(ARR)

Judgment - Page of

## STANDARD CONDITIONS OF SUPERVISION

Judgment: While the defendant is on probation or supervised release pursuant to this

1) The defendant shall not commit another Federal, state or local crime;
2) the defendant shall not leave the judicial district without the permission of the court or probation officer;
3) the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
4) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
5) the defendant shall support his or her dependents and meet other family responsibilities;
6) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
7) the defendant shall notify the probation officer within seventy-two hours of any change in residence or employment;
8) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
9) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
10) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
11) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
12) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
13) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
14) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

These conditions are in addition to any other conditions imposed by this Judgment.

Defendant: GREGORY HALL
Case Number: CR-98-279(ARR)

Judgment - Page    of

## FINE WITH SPECIAL ASSESSMENT

The defendant shall pay to the United States the sum of $ 150.00      , consisting of a fine of $   N/A       and a special assessment of $ 150.00            .

___ These amounts are the totals of the fines and assessments imposed on individual counts, as follows:

This sum shall be paid ___ immediately
                       ___ as follows:

**XXX** The Court has determined that the defendant does not have the ability to pay any fines, cost of confinement or supervision.

___ The interest requirement is waived.
___ The interest requirement is modified as follows:

Defendant: GREGORY HALL
Case Number: CR-98-279(ARR)

Judgment - Page    of

## RESTITUTION, FORFEITURE, OR OTHER PROVISIONS OF THE JUDGMENT

<u>XXX</u> DEFT SHALL MAKE FULL RESTITUTION IN THE AMOUNT OF $5,000; AT A RATE OF $425.00 PER MONTH. PAYMENTS SHALL BE MADE TO THE CLERK OF COURT AT 225 CADMAN PLAZA EAST, BROOKLYN, NEW YORK 11201. THE CLERK OF THE COURT IS DIRECTED TO FORWARD PAYMENTS BY DEFT HALL TO THE CRIME VICTIM: JOSEPH JOHN MENTER, Jr.
4509 ARTHUR RD.
SLINGER, WI 53086